UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY LAMAR CARD,

                Plaintiff,

   v.

GRADY J LEUPOLD,

                Defendant.

No. 3:23-CV-06152-TMC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, Chief United States Magistrate Judge. Dkt. 4. On December 28, 2023, Mr. Card filed a document titled "lawful notice" that did not contain an objection or address the substance of the Report and Recommendation. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is ADOPTED;

(2)    Plaintiff's application to proceed in forma pauperis [Dkt. 1] is **DENIED** and the case is **DISMISSED** with prejudice; and

(3)    The Clerk shall enter **JUDGMENT** and close this case.

**DATED** this  5th  day of January, 2024.

Tiffany M. Cartwright
United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1